**Fill in this information to identify the case:**

Debtor 1: Ricky Fennix

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Northern District of TX (State)

Case number: 16-30406-hdh13

---

## Form 4100R
## Response to Notice of Final Cure Payment
10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust N.A., as trustee of Bungalow Series F Trust

**Court claim no.** (if known): 10

**Last 4 digits** of any number you use to identify the debtor's account: 0606 ____ ____ ____

**Property address:** 1914 Berwick Ave
Number    Street

Dallas, TX 75203
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 03 / 01 / 2021
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / ___
MM / DD / YYYY

---

Form 4100R    **Response to Notice of Final Cure Payment**    page 1

Debtor 1  Ricky Fennix                        Case number (*if known*) 16-30406-hdh13
         First Name   Middle Name   Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Chase A. Berger                      Date  03 / 23 / 2021
   Signature

Print    Chase A. Berger                    Title  Authorized Agent
         First Name   Middle Name   Last Name

Company  Ghidotti Berger LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address  1920 Old Tustin Avenue
         Number       Street

         Santa Ana, CA 92705
         City                State    ZIP Code

Contact phone ( 949 ) 427 - 2010         Email  bknotifications@ghidottiberger.com

Form 4100R                    **Response to Notice of Final Cure Payment**                    page **2**

**CERTIFICATE OF SERVICE**

On March 23, 2021, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by electronic means through the Court's ECF program:

COUNSEL FOR DEBTOR
Marcus B. Leinart
 ecf@leinartlaw.com

US TRUSTEE
US Trustee
ustpregion06.da.ecf@usdoj.gov

CHAPTER 13 Trustee
Thomas Powers
cmecf@dallasch13.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice

On March 23, 2021, I served the foregoing documents described as Response to Notice of Final Cure Payment on the following individuals by depositing true copies thereof in the United States mail at Santa Ana, California enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
Ricky Fennix
1914 Berwick Ave.
Dallas, TX 75203

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Michaela Rice
Michaela Rice